Pia Winston
District of Columbia Bar No. 144951
Dalford Dean Owens, Jr.
Texas Bar No. 24060907
Federal Government Attorneys
National Labor Relations Board
1015 Half Street, S.E.—Fourth Floor
202-273-0111
pia.Winston@nlrb.gov
dean.owens@nlrb.gov

*Attorneys for Plaintiff*

Kristol Bradley Ginapp, Esq
Nevada Bar No. 8468
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes, Suite 1000
Las Vegas, Nevada 89169
Telephone: 702-257-1483
Email: kbg@h2law.com
Email: jwf@h2law.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>            Plaintiff,<br><br>    v.<br><br>NATURAL LIFE, INC. d/b/a HEART AND WEIGHT INSTITUTE and KONSTANTINE STOYANOV,<br><br>            Defendants. | Case No.: 2:24-cv-01802<br><br>**(First Request)**<br>**Stipulation to Extend Time to File Response to Defendant's Motion to Dismiss** |

Plaintiff National Labor Relations Board (NLRB), and Defendants Natural Life d/b/a Heart and Weight Institute (Natural Life) and Konstantine Stoyanov (Stoyanov), hereby stipulate pursuant to Local Rule IA 6-1, to extend the NLRB's time to respond to Natural Life's and Stoyanov's Motion to Dismiss filed on November 4, 2024 [Doc 8]. The parties stipulate to a one-week extension thereby making the NLRB's deadline to file its response November 25, 2024, and Natural Life and Stoyanov's deadline to file their Reply to December 9, 2024. This is the first stipulation or motion for an extension of time to file a response to Defendants' Motion. In support of this stipulation or motion, the parties state as follows;

1. On September 25, 2024, the NLRB filed a Complaint pursuant to the Federal Priority Statute [Doc. 1] alleging that Defendants transferred assets to third parties before paying a debt owed to the United States. *Id*.

2. Defendants filed a Motion to Dismiss the NLRB's Complaint on November 4, 2024 [Doc 8]. The NLRB's Response to this motion is due November 18, 2024.

3. The NLRB requires a 7-day extension of time, to and including November 25, 2024, to file its response to Defendants' Motion to dismiss due, in part, to an upcoming federal holiday on November 11, 2024, and due to pressing deadlines and other casework in other matters not before this court.

4. Defendants subsequently require a 7-day extension of time, to and including December 9, 2024, to Reply to the NLRB's response to accommodate Thanksgiving holiday vacation schedules.

On November 7, 2024, the undersigned counsel conferred and agreed to stipulate to this extension of time.

1

WHEREFORE, the parties respectfully requests that the Court accept this Stipulation and permit the NLRB to file its Response to Defendants' Motion to Dismiss no later than November 25, 2024 and permit Defendants to file their Reply no later than December 9, 2024.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 15, 2024

Dated: November 8, 2024

Respectfully submitted,

| NATIONAL LABOR RELATIONS BOARD ATTORNEYS, PLLC | HOWARD & HOWARD |
|---|---|
| /s/ Pia Winston | /s/ Jonathan W. Fountain |
| Pia Winston | Kristol Bradley Ginapp |
| Trial Attorney | Nevada Bar No. 8468 |
| Pia.winston@nlrb.gov | Jonathan W. Fountain, Esq. |
| (202) 273-0111 | Nevada Bar No. 10351 |
| Contempt Compliance & Special Litigation Branch | 3800 Howard Hughes, Suite 1000 |
| 1015 Half Street SE - Fourth Floor | Las Vegas, Nevada 89169 |
| Washington, DC 20003 | kbg@h2law.com |
| | jwf@h2law.com |

2