1  Kristol Bradley Ginapp, Esq.
   Nevada Bar No. 8468
2  Jonathan W. Fountain, Esq.
   Nevada Bar No. 10351
3  HOWARD & HOWARD ATTORNEYS PLLC
   3800 Howard Hughes, Suite 1000
4  Las Vegas, Nevada 89169
   Telephone: 702-257-1483
5  Email: kbg@h2law.com
   Email: jwf@h2law.com
6
   *Attorneys for Defendants*
7

8

9

10                         UNITED STATES DISTRICT COURT

11                              DISTRICT OF NEVADA

12

13  NATIONAL LABOR RELATIONS BOARD,         Case No.:  2:24-cv-01802-JCM-EJY

14                         Plaintiff,
                                            **STIPULATION AND ORDER FOR**
15         v.                               **DISMISSAL WITH PREJUDICE**

16  NATURAL LIFE, INC. d/b/a HEART
    AND WEIGHT INSTITUTE and
17  KONSTANTINE STOYANOV,

18                         Defendants.

4925-6401-8748, v. 1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the parties' Compliance Stipulation, Plaintiff National Labor Relations Board on the one hand, and Defendants Natural Life, Inc., d/b/a Heart and Weight Institute and Konstantine Stoyanov, on the other hand (each a "Party" and together, the "Parties"), hereby agree and stipulate to dismiss this civil action, in its entirety, with prejudice, and without an award of attorneys' fees or costs made to any Party.

Dated: this 2nd day of May 2025.

| HOWARD & HOWARD ATTORNEYS PLLC | NATIONAL LABOR RELATIONS BOARD |
|---|---|
| By: /s/ Jonathan W. Fountain<br>Kristol Bradley Ginapp, Esq.<br>Nevada Bar No. 8468<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>3800 Howard Hughes, Suite 1000<br>Las Vegas, Nevada 89169<br>Telephone: 702-257-1483<br>Email: kbg@h2law.com<br>Email: jwf@h2law.com<br><br>*Attorneys for Defendants* | By: /s/ Pia Winston<br>Pia Winston, Esq., Trial Attorney<br>Dalford Dean Owens, Jr., Supervisory Attorney<br>Contempt, Compliance, and Special<br>Litigation Branch<br>1015 Half Street, S.E., Fourth Floor<br>Washington, DC 20003<br>Tel. (202) 273-0111<br>Tel. (202) 273-2934<br>Email: pia.winston@nlrb.gov<br>Email: dean.owens@nlrb.gov<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 7, 2025

4925-6401-8748, v. 1